*Henry E. Otto* and *Samuel C. Otto* for appellant.

*Herman E. Compter* and *Charles C. Parlin, Jr.,* for respondent.

Order affirmed, with costs.   Question certified answered in the negative.   No opinion.

Concur:   CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

105 FRANKLIN STREET CORP., Appellant, *v.* SAMUEL SERATOFF et al., Respondents.

Submitted April 26, 1955; decided June 10, 1955.

*Nathan Schwartz* and *William S. Klinger* for appellant.

*Irving Lederman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of the Claim of FRED W. KRIETE, Respondent, against TODD SHIPYARDS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 28, 1955; decided June 10, 1955.